UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA
138 Delaware Avenue
Buffalo, New York 14202,

       Plaintiff,

   -v-

Christopher Ward
4 Allen Parkway
Rochester, NY 14618

       Defendant.                      06-MJ-4002
_____

SATISFACTION OF JUDGMENT

    The Clerk of the United States District Court for the Western District of New York is hereby authorized and empowered to satisfy and cancel record of a certain judgment docketed February 14, 2006.

    DATED:  Buffalo, New York, April 11, 2006.

                                  TERRANCE P. FLYNN
                                  United States Attorney

                     BY:  S/KEVIN D. ROBINSON
                          Assistant United States Attorney
                          United States Attorney's Office
                          Western District of New York
                          138 Delaware Avenue
                          Buffalo, New York   14202
                          (716)843-5700, ext. 804
                          Kevin.D.Robinson@usdoj.gov